IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

SHELLIE WOODS (1),
TERRELL MABRY (2), and
DION GULLATTE (3),

    Defendant.

:
:
:
:
:
:

Case No. 3:14-cr-096 (1-3)

JUDGE WALTER H. RICE

---

## PRELIMINARY PRETRIAL ORDER; TRIAL DATE AND OTHER DATES SET

---

| | |
|---|---|
| Date of Preliminary Pretrial Conference | **7/14/2014** |
| Jury Trial Date | **8/25/2014 (paper date)** |
| Final Pretrial Conference (by telephone) | **Monday, 8/18/2014 at 5:00 pm** |
| Motion Filing Deadline<br>    Oral and Evidentiary Motions | **8/11/2014** |
|     Other Motions | **8/11/2014** |
| Discovery Cut-off | **8/11/2014** |
| Speedy Trial Deadline | **9/5/2014** |
| Further Status Conference | **Wednesday, 8/6/2014 at 3:00 pm** |

*(signature)*

July 15, 2014

WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies mailed to:
United States Attorney
Counsel of Record
United States Marshal
United States Pretrial Services
United States Probation Department

**WHR:jdf**